# Arnold & Porter

**Trenton H. Norris**
+1 415.471.3303 Direct
Trent.Norris@arnoldporter.com



April 28, 2021

**VIA ECF**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 29 2021

Re: *Dalit Cohen v. Clinique Laboratories, LLC.*, **1:21-cv-01853**
**Request for Extension of Time to Answer Respond to the Complaint**

Dear Judge Daniels:

The undersigned represents Defendant Clinique Laboratories, LLC in the above-referenced matter. Pursuant to Your Honor's Individual Rules, Defendant respectfully requests that its deadline to respond to Plaintiff's Complaint be extended by 30-days, from May 10, 2021 until June 10, 2021.

This is Defendant's first request for an extension of time, and Plaintiff's counsel consents to this request. The purpose of the request is to afford the parties an opportunity to engage in meaningful efforts to resolve this matter through settlement.

Respectfully Submitted,

*/s/ Trenton H. Norris*
Trenton H. Norris

cc: All Counsel (via ECF)

Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor | San Francisco, CA 94111-4024 | www.arnoldporter.com