UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DALIT COHEN, *individually and on behalf of all others similarly situated*,

                Plaintiff,

    -against-

CLINIQUE LABORATORIES, LLC,

                Defendant.
------------------------------------- x

ORDER

21 Civ. 1853 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Parties' request to adjourn the initial conference scheduled for June 9, 2021, (ECF No. 13), is GRANTED. The Parties' request to conduct the conference by remote means, is GRANTED. The initial conference is adjourned until July 28, 2021 at 9:30 am.

The Parties' request to extend Defendant's deadline to respond to the complaint until July 1, 2021 is GRANTED.

The Clerk of Court is directed to close the letter motion at ECF No. 13.

Dated: June 1 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge