# Arnold & Porter

**Trenton H. Norris**
+1 415.471.3100 Direct
Trent.Norris@arnoldporter.com

June 30, 2021

**VIA E-MAIL**

The Honorable George B. Daniels
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Cohen v. Clinique Laboratories, LLC* Case No. 1:21-cv-01853 (S.D.N.Y.)
             - Joint Request to Extend Deadline to Respond to Complaint

      The undersigned represent Defendant Clinique Laboratories, LLC ("Defendant") and Plaintiff Dalit Cohen ("Plaintiff") and in the above-referenced matter. We write pursuant to Rule II.C. of Your Honor's Individual Rules and Practices to inform the Court that the Parties are continuing to discuss potential resolution of this matter in good faith. Accordingly, the Parties jointly request: (1) that Defendant's deadline to respond to Plaintiff's Complaint be extended from July 1, 2021, to July 21, 2021.

      This is the third request to extend Defendant's deadline to respond to Plaintiff's complaint. The Parties do not anticipate making any further requests to extend this deadline. The Court granted Defendant's first request to extend its deadline to respond to Plaintiff's complaint on April 29, 2021 (ECF 12) and granted the Parties joint request to extend the deadline on June 1, 2021 (ECF 14).

      We appreciate the Court's time and attention to this matter.

                                        Sincerely,

                                        */s/ Trenton H. Norris*

                                        Trenton H. Norris, Defendant's Counsel

                                        */s Philip L. Fraietta*

                                        Philip L. Fraietta, Plaintiff's Counsel