# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALIT COHEN individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CLINIQUE LABORATORIES, LLC,<br><br>      Defendant. | Civil Action No.: 1:21-cv-01853<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dalit Cohen hereby dismisses _with prejudice_ all claims against Defendant Clinique Laboratories, LLC. Each Party shall bear its own attorneys' fees and costs.

Dated: July 19, 2021        Respectfully submitted,

                **BURSOR & FISHER, P.A.**

                By: _/s/ Philip L. Fraietta_
                    Philip L. Fraietta

Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher*
Brittany S. Scott*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
Email:  ltfisher@bursor.com
    bscott@bursor.com

**BARBAT MANSOUR SUCIU & TOMINA PLLC**
Nick Suciu III*

1

6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
Email: nicksuciu@bmslawyer.com

*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*